UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 19-20934-CIV-MARTINEZ-OTAZO-REYES

ERNESTO RIVERA,
    Plaintiff,

vs.

DOVE INVESTMENT CORPORATION and
SHAFRITZ AND ASSOCIATES, P.A.,
    Defendants.
_____/

## ORDER REQUIRING CERTIFICATES OF INTERESTED PARTIES

THIS CAUSE came before the Court upon Defendants Dove Investment Corporation and Shafritz and Associates, P.A.'s ("Defendants") Certificate of Interested Persons and Corporate Disclosure Statements [ECF Nos. 10, 11]. The Court's prior order required the parties to file "a Certificate of Interested Persons and Disclosure Statement, which shall contain a **complete** list of persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including **ALL** subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. At a minimum, this list should include the parties and any counsel that have appeared in this case" [ECF No. 6 ¶ 6]. Neither filing, at a minimum, lists "the parties and any counsel that have appeared in this case." Accordingly, as their certificate of interested parties are insufficient, it is

**ORDERED AND ADJUDGED** that Defendants shall re-file their certificates of interested persons by **May 13, 2019.** Failure to file the certificates of interested parties by the stated deadline may result in the imposition of sanctions or entry of default.

DONE AND ORDERED in Chambers at Miami, Florida, this 9 day of May, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record