UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number:  19-20934-CIV-MARTINEZ-OTAZO-REYES

ERNESTO RIVERA,
     Plaintiff,

vs.

DOVE INVESTMENT CORPORATION and
SHAFRITZ AND ASSOCIATES, P.A.,
     Defendants.

_____/

## ORDER TO SHOW CAUSE

This cause came upon a *sua sponte* review of the record. The record reflects that on March 13, 2019, this Court ordered the parties to submit their Certificate of Interested Parties [ECF No. 6 ¶ 6] (the "Order"). To date, Plaintiff has failed to submit his Certificate of Interested Parties and the deadline to submit such a filing has passed. Accordingly, it is

**ORDERED AND ADJUDGED** that

On or before **May 13, 2019**, Plaintiffs shall show cause by filing their Certificate of Interested Parties. **If Plaintiff fails to file their Certificate of Interested Parties by the above deadline, this case shall immediately be dismissed without prejudice.**

DONE AND ORDERED in Chambers at Miami, Florida, this _9_ day of May, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record