**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

ERNESTO RIVERA
        Plaintiff

v.             Case No. 1:19-cv-20934-JEM

DOVE INVESTMENT CORP., and
SHAFRITZ & ASSOCIATES, PA

        Defendants.

**DEFENDANT DOVE INVESTMENT CORP.'S AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

  I hereby disclose the following pursuant to this Court's May 9, 2019 Order on Interested parties and Corporate Disclosure Statement:

  1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

  a. Ernesto Rivera– Plaintiff

  b. Leo Bueno, Esquire– Counsel for Plaintiff

  c. Joey D. Gonzalez, Esquire– Counsel for Plaintiff

  d. Shafritz and Associates, P.A. – Defendant

  e. DOVE Investment Corp. - Defendant

  f. Hugh B. Shafritz– Counsel for Defendants

I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated May 10, 2019

                                             *s/ Hugh B. Shafritz*
                                             Hugh B. Shafritz
                                             Florida Bar No. 0031372
                                             SHAFRITZ AND ASSOCIATES, P.A.
                                             601 N Congress Avenue, Suite 424
                                             Delray Beach, FL 33445
                                             Telephone: (561) 278-7828
                                             Facsimile: (561) 278-8658
                                             Email: hshafritz@collectionslawfirm.com
                                             **Counsel for Dove Investment Corp.**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the CM/ECF filing system, which will provide a notice of filing to all counsel of record via electronic transmission on this the 10th day of May, 2019.

                                             */s/ Hugh B Shafritz*
                                             Hugh B. Shafritz, Esquire