**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

ERNESTO RIVERA
                    Plaintiff

v.                          Case No. 1:19-cv-20934-JEM

DOVE INVESTMENT CORP., and
SHAFRITZ & ASSOCIATES, PA

                    Defendants.

**DEFENDANT SHAFRITZ AND ASSOCIATES, P.A.' S AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's May 9, 2019 Order on Interested parties and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. Ernesto Rivera– Plaintiff

    b. Leo Bueno, Esquire– Counsel for Plaintiff

    c. Joey D. Gonzalez, Esquire– Counsel for Plaintiff

    d. Shafritz and Associates, P.A. – Defendant

    e. DOVE Investment Corp. - Defendant

    f. Hugh B. Shafritz– Counsel for Defendants

Case 1:19-cv-20934-JEM   Document 18   Entered on FLSD Docket 05/10/2019   Page 2 of 2

I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated May 10, 2019

*s/ Hugh B. Shafritz*
Hugh B. Shafritz
Florida Bar No. 0031372
SHAFRITZ AND ASSOCIATES, P.A.
601 N Congress Avenue, Suite 424
Delray Beach, FL 33445
Telephone: (561) 278-7828
Facsimile: (561) 278-8658
Email: hshafritz@collectionslawfirm.com
**Counsel for Shafritz and Associates, P.A**.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the CM/ECF filing system, which will provide a notice of filing to all counsel of record via electronic transmission on this the 10th day of May, 2019.

*/s/ Hugh B Shafritz*
Hugh B. Shafritz, Esquire