UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:1:19-cv-20934-CIV-MARTINEZ-OTAZO-REYES

ERNESTO RIVERA,
    Plaintiff,

vs.

DOVE INVESTMENT CORPORATION and
SHAFRITZ AND ASSOCIATES, P.A.,
    Defendants.
_____/

## JOINT CONFERENCE REPORT

In accordance with the Court's Order requiring the Parties to file a joint conference report and a joint proposed scheduling order [DE 6] (the "Order"), the Parties file their Joint Conference Report and Proposed Scheduling Order.

### S.D. Fla. Local Rule 16.1

1.    **S.D.Fla.L.R. 16.1(b)(2)(A).** **Likelihood of Settlement.**

The parties agree that there is not a possibility of settlement.

2.    **S.D.Fla.L.R. 16.1(b)(2)(B).** **Likelihood of Appearance of Additional Parties.**

The Parties do not anticipate the appearance of other parties.

3.    **S.D.Fla.L.R. 16.1(b)(2)(C).** **Proposed Limits on the Time to:**

    *i.*    to join other parties and to amend the pleadings;

    *ii.*    to file dispositive pretrial motions, motions to strike or exclude expert witnesses, and motions *in limine*; and

    *iii.*    to complete all discovery.

See Attachment A in this report.

4.    **S.D.Fla.L.R. 16.1(b)(2)(D). Proposals for the Formulation and Simplification of Issues, Including the Elimination of Frivolous Claims and Defenses and the Number and Timing of Motions for Summary Judgment or Partial Summary Judgment.**

None at this time. The Parties will continue to assess the viability of claims and defenses and will provide notice to the Court of any proposals that arise. However, if supported by evidence, the Parties anticipate filing motions for summary judgment.

5. ***S.D.Fla.L.R. 16.1(b)(2)(E).*** **The Necessity or Desirability of Amendments to the Pleadings.**

The Parties do not anticipate needing to amend the pleadings at this time, however, they reserve the right to do so.

6. ***S.D.Fla.L.R. 16.1(b)(2)(F).*** **The Possibility of Obtaining Admissions of Fact and Documents that Will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents and the Need for Advance Rulings from the Court on the Admissibility of Evidence.**

The Parties will attempt to minimize the need for advance rulings by the Court and unnecessary proof by admitting facts that are not disputed and stipulating to the authenticity of documents. At this time, the Parties have made no stipulations regarding evidence.

7. ***S.D.Fla.L.R. 16.1(b)(2)(G).*** **Suggestions for the Avoidance of Unnecessary Proof and Cumulative Evidence**.

None at this time, although the Parties will continue to discuss suggestions for avoiding unnecessary proof and cumulative evidence throughout the litigation.

8. ***S.D.Fla.L.R. 16.1(b)(2)(H).*** **Suggestions on the Advisability of Referring Matters to the Magistrate Judge or Master.**

The parties do not consent to a Magistrate Judge or Master.

9. ***S.D.Fla.L.R. 16.1(b)(2)(I).*** **Preliminary Estimate of the Time Required for Trial.**

The Parties estimate that the trial of this matter will take approximately three (3) trial days,

including jury selection.

10. **S.D.Fla.L.R. 16.1(b)(2)(J). Requested Dates for Conferences Before Trial, Final Pretrial Conference and Trial.**

<u>Conferences Before Trial:</u> The Parties do not anticipate the need for conferences before trial at this time but will ask the Court for such a conference if they deem it appropriate in the future. <u>Final Pretrial Conference:</u> The Parties do not anticipate the need for a final conference but will ask the Court for such a conference if they deem it appropriate in the future. <u>Trial:</u> The Parties request that the trial of this cause be set on or about the date listed in the appended Attachment A.

11. *S.D.Fla.L.R. 16.1(b)(2)(K). Any issues about: (i) disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced; (ii) claims of privilege or of protection as trial-preparation materials, including -- if the parties agree on a procedure to assert those claims after production -- whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502; and (iii) when the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist.*

The parties agree that whenever possible all production exchange be in electronic format. Electronic Stored Information ("ESI") must be produced in a searchable format, preferably ".pdf" and when requested, it must be supplemented by reproducing it in its native format along with metadata. The parties do not anticipate any claims of privilege at this time but reserve the right to do so in the future.

12. **Whether the trial will be by jury or non-jury.**

The Parties agreed trial by jury.

13. **Outline of the legal element of each claim and defense raised by the pleadings.**

Plaintiff alleges that Defendants violated sections 1692(e) and (f) of the FDCPA by misrepresenting the character, status of the debt. Defendant has filed a motion to dismiss which still pending before this Court.

14. **Good faith estimate of the specific dollar valuation of actual damages and other relief at issue.**

Statutory damages of $1,000.00 in accordance with 15 U.S.C. § 1692k(a)(2)(A). Damages for emotional distress to be determined by a jury. These damages are unliquidated and do not lend themselves to a statement of calculation but may be subject to an award of damages. Such damages will be determined by the jury in this case. *See* Williams v. Trader Pub. Co.*,* 218 F.3d 481, 486-487 (5th Cir. 2000); Burrell v. Crown Central Petroleum, Inc., 177 F.R.D. 376, 386 (E.D.Tex.1997); Morrison Knudsen Corp., v. Fireman'sFund Ins. Co., 175 F.3d 1221 (10th Cir. 1999).

15. **The need for variance from the discovery limitations imposed by Local Rule and/or the Federal Rules of Civil Procedure, including the grounds supporting the requested variance**.

The parties don't have a need for variance from discovery limitation at this time.

**THIS PART INTETIONALLY LEFT BLANK**

Respectfully Submitted May 16, 2019

*/s/ Leo Bueno*
Leo Bueno, Fla. Bar #: 716261
LEO BUENO, ATTORNEY, P.A.
P.O. Box 141679,
Coral Gables, FL 33114-1679
305-669-5260 [tel]
Leo@BuenoLaw.com

*/s/ Joey D. Gonzalez*
Joey D. Gonzalez, Fla. Bar #: 127554
JOEY GONZALEZ, ATTORNEY, P.A.
P.O. Box 145073,
Coral Gables, FL 33114-5073
305-720-3114 [tel
joey@joeygonzalezlaw.com

Attorneys for Plaintiff

/s/ Hugh Shafritz
Hugh Shafritz, Esquire
Shafritz and Associates, P.A.
601 North Congress Avenue, Suite 424
Delray Beach, Florida 33445
(561) 276-3421
E-Mail: pleadings@collectionslawfirm.com
FL Bar No. 0031372

Attorney for Defendants

## Pretrial Deadlines and Trial Date

The Parties propose to adhere to the following schedule:

| Date | Deadline |
|---|---|
| 2019-08-19 | Joinder of Additional Parties and motions for class certification. |
| 2019-09-18 | Parties shall exchange expert witness summaries and reports. |
| 2019-09-28 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| 2019-10-18 | Parties exchange rebuttal expert witness summaries and reports. Note: These provisions pertaining to expert witnesses do not apply to treating physicians, psychologists or other health providers (if a Daubert or Markman hearing may be necessary, the parties are to add that as an additional deadline at the bottom of Attachment A). |
| 2019-12-07 | All discovery, including expert discovery, shall be completed. |
| 2019-12-17 | A mediator must be selected. |
| 2020-01-06 | All Daubert motions must be filed. All summary judgment and other dispositive motions must be filed. A minimum of eight (8) weeks is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation. If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report. |
| 2020-02-15 | Mediation shall be completed. |
| 2020-03-01 | All Pretrial Motions and Memoranda of Law must be filed. |
| 2020-03-16 | Joint Pretrial Stipulation must be filed. |
| 2020-04-08 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| 2020-04-14 | Deposition designations must be filed. |
| 2020-04-23 | Beginning of Trial Period |

[ATTACHMENT A]