UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ERNESTO RIVERA

    Plaintiff,

CASE NO.: 19-CV-20934

v.

DOVE INVESTMENT CORPORATION and
SHAFRITZ AND ASSOCIATES, P.A.,

    Defendants.
_____/

## DEFENDANTS' DOVE INVESTMENT CORP AND SHAFRITZ AND ASSOCIATES, P.A.'S AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

    Defendants, DOVE INVESTMENT CORP and SHAFRITZ AND ASSOCIATES, P.A., pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7.1, requests a 10-day extension of time to respond to the First Amended Complaint filed by Plaintiff, ERNESTO RIVERA ("Plaintiff"). Counsel for the Defendants has contacted counsel for the Plaintiff and counsel for the Plaintiff has agreed to and does not oppose the relief requested herein. In support of this Motion, Defendants state as follows:

    1. On or about April 29, 2020, the instant Amended Complaint was filed with this Court.

    2. Dove Investment Corp and Shafritz and Associates, P.A.'s were served on April 29, 2020.

    3. The deadline to respond to the Complaint is currently May 14, 2020.

    4. Due to the complexities of the issues regarding the instant action, as well as our limited access to the office and staffing issues stemming from the current global COVID-19 pandemic, the undersigned counsel requests an additional 10 days to prepare a

response to the First Amended Complaint.

5. Neither party will be prejudiced by a 10-day extension until May 24, 2020, for Defendants to respond to the amended Complaint.

6. Pursuant to Local Rule 7.1, undersigned counsel certifies that he conferred with plaintiff's counsel, and plaintiff's counsel has agreed to the relief requested by this motion.

WHEREFORE, Defendants, Dove Investment Corp and Shafritz and Associates, P.A., respectfully requests this Honorable Court enter an Order: (1) granting a 10 day extension until May 24, 2020 for Defendants to serve a response to the First Amended Complaint, and (2) granting such other relief as the Court may deem just and proper.

Dated: May 14, 2020

> Respectfully submitted on behalf of
> Dove Investment Corp. and
> Shafritz and Associates, P.A.
>
> /s/ Hugh Shafritz_____
> Hugh Shafritz, Esquire
> Shafritz and Associates, P.A.
> 601 North Congress Avenue, Suite 424
> Delray Beach, Florida 33445
> (561) 276-3421
> E-Mail: pleadings@collectionslawfirm.com
> FL Bar No. 0031372

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of May 2020, I electronically filed the foregoing with the Court and that a true and correct copy of the foregoing has been furnished by U.S. Mail and e-mail to Joey D. Gonzalez, Esquire at Joey Gonzalez, Attorney, P.A. PO Box 145073, Coral Gables, FL 33114-5073 e-mail address joey@joeygonzalezlaw.com. and Leo Bueno, Attorney, PLLC at PO Box 14179, Coral Gables, FL 33114-1679 e-mail address Leo@BuenoLaw.com.

/s/ Hugh Shafritz