**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-20934-CIV-MARTINEZ/AOR**

ERNESTO RIVERA,

    Plaintiff,

v.

DOVE INVESTMENT CORPORATION
and SHAFRITZ & ASSOCIATES, PA,

    Defendants.
_____/

**NOTICE OF OUTCOME OF SETTLEMENT CONFERENCE**

On August 11, 2020, the undersigned conducted a settlement conference. All parties were in attendance. The parties have reached an impasse.

**DONE AND ORDERED** in Chambers at Miami, Florida this 11th day of August, 2020.

                                              ALICIA M. OTAZO-REYES
                                              UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Jose E. Martinez
        Counsel of Record