IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-CV-20934-JEM

| | |
|---|---|
| ERNESTO RIVERA | ) |
| | ) |
|   Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| DOVE INVESTMENT CORPORATION | ) |
| AND | ) |
| SHAFRITZ AND ASSOCIATES, P.A. | ) |
| | ) |
|   Defendants | ) |
| | / |

**CONSENT MOTION TO MODIFY SCHEDULING ORDER**

  Your Defendants, with the consent of the Plaintiff, move to modify this Court's Scheduling Order (ECF No. 25) and as grounds states as follows:

1. On September 9, 2020, the parties appeared for a Telephone Hearing before the Magistrate Judge regarding the setting of depositions of the Plaintiff and Defendants' corporate representative.

2. The parties have reached tentative dates for the depositions for September 16 and 25, 2020; however, this Court's Order requires that discovery be completed by September 11, 2020.

3. The parties jointly request that the Scheduling Order be modified to provide that discovery be completed by October 9, 2020 and that Dispositive Motions be filed by November 9, 2020.

4. This proposed modification will not interfere with the trial date in this matter.

5. Defendants respectfully represent that there is good cause for the modification of the Scheduling Order as set forth above and further directs the Court's attention to the fact that although discovery will be closing, the matter is not yet at issue because there is a pending Motion to Dismiss the First Amended Complaint.

WHEREFORE, your Defendants pray that this Honorable Court grant the requested modification of the Scheduling Order.

        THE LAW OFFICES
          OF RONALD S. CANTER, LLC

        /s/ Ronald S. Canter
        Ronald S. Canter, Esquire, Bar #335045
        200A Monroe Street, Suite 104
        Rockville, Maryland 20850
        Telephone: (301) 424-7490
        Facsimile: (301) 424-7470
        E-Mail: rcanter@roncanterllc.com
        *Attorney for Defendants Dove Investment*
        *Corporation and Shafritz and Associates, P.A.*

        400 S. Dixie Hwy #322
        Boca Raton, Florida 33432
        *Local Address*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by electronic notification via CM/ECF system on this 9th day of September, 2020 to:

> Hugh B. Shafritz, Esq.
> Shafritz and Associates, P.A.
> 601 N. Congress Avenue, Suite 424
> Delray Beach, FL 33445
> pleadings@collectionslawfirm.com
> *Attorney for Defendants*
>
> Joey D. Gonzalez, Esq.
> Joey Gonzalez, Attorney, P.A.
> P.O. Box 145073
> Coral Gables, FL 33114
> Joey@joeygonzalezlaw.com
>
> Leo Bueno, Esq.
> Leo Bueno, Attorney, PLLC
> P.O. Box 141679
> Coral Gables, FL 33114
> Leo@Buenolaw.com
> *Attorneys for Plaintiff*

>  /s/ Ronald S. Canter
> Ronald S. Canter, Esquire
> *Attorney for Defendants Dove Investment Corporation and Shafritz and Associates, P.A.*