UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-20934-CIV-MARTINEZ/AOR

ERNESTO RIVERA,

    Plaintiff,

v.

DOVE INVESTMENT CORPORATION
and SHAFRITZ & ASSOCIATES, PA,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff Ernesto Rivera's ("Plaintiff") Notice of Hearing [D.E. 43]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Jose E. Martinez, United States District Judge [D.E. 25]. The undersigned held a hearing on this matter on September 9, 2020 [D.E. 47]. Having heard the arguments of counsel, the undersigned found that the parties have resolved their dispute regarding the scheduling of depositions, subject to the Court granting an extension of the discovery deadline upon the filing of an appropriate motion.

DONE AND ORDERED in Chambers at Miami, Florida this 9th day of September, 2020.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Jose E. Martinez
       Counsel of Record