**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:19-CV-20934-JEM**

ERNESTO RIVERA                )
                              )
    Plaintiff              )
                              )
v.                            )
                              )
DOVE INVESTMENT CORPORATION   )
AND                           )
SHAFRITZ AND ASSOCIATES, P.A. )
                              )
    Defendants             )
_____/

## NOTIFICATION OF 90 DAYS EXPIRING

Defendants, by and through counsel, and pursuant to Rule 7.1(b)(4), Local Rules of the United States District Court for the Southern District of Florida, state as follows:

1. Defendants' Motion to Dismiss First Amended Complaint was filed on May 26, 2020. (ECF No. 30).

2. Plaintiff responded to the Motion on June 9, 2020 (ECF No. 31).

3. On July 7, 2020, this Honorable Court ordered Supplemental Briefing in connection with the Eleventh Circuit's ruling in *Trichell v. Midland*, *Inc.*

4. Defendants filed their supplemental brief on July 13, 2020 providing a Memorandum of Law as to Plaintiff's lack of standing (ECF No. 35).

5. Plaintiff responded with a Supplemental Brief on July 14, 2020 (ECF No. 36).

6. No hearing has been held on the Motion to Dismiss the First Amended Complaint.

7. Even though this case is not at issue, motions for summary judgment are due to be filed on November 9, 2920. *See,* ECF No. 50.

        THE LAW OFFICES
          OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter
Ronald S. Canter, Esquire, Bar #335045
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: rcanter@roncanterllc.com
*Attorney for Defendants Dove Investment*
*Corporation and Shafritz and Associates, P.A.*

400 S. Dixie Hwy #322
Boca Raton, Florida 33432
*Local Address*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by electronic notification via CM/ECF system on this 23rd day of October, 2020 to:

Hugh B. Shafritz, Esq.
Shafritz and Associates, P.A.
601 N. Congress Avenue, Suite 424
Delray Beach, FL 33445
pleadings@collectionslawfirm.com
*Attorney for Defendants*

Joey D. Gonzalez, Esq.
Joey Gonzalez, Attorney, P.A.
P.O. Box 145073
Coral Gables, FL 33114
Joey@joeygonzalezlaw.com

Leo Bueno, Esq.
Leo Bueno, Attorney, PLLC
P.O. Box 141679
Coral Gables, FL 33114
Leo@Buenolaw.com
*Attorneys for Plaintiff*

        /s/ Ronald S. Canter
        Ronald S. Canter, Esquire
        *Attorney for Defendants Dove Investment*
        *Corporation and Shafritz and Associates, P.A.*