# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:1:19-cv-20934-CIV-MARTINEZ-OTAZO-REYES

ERNESTO RIVERA,
    Plaintiff,

vs.

DOVE INVESTMENT CORPORATION and
SHAFRITZ AND ASSOCIATES, P.A.,
    Defendants.
_____/

## DECLARATION OF ERNESTO RIVERA

I, Ernesto Rivera, make the following declaration under oath and penalty of perjury as permitted by 28 U.S.C. § 1746. I make this declaration based upon my personal knowledge and in support of the Response to Defendants Motion for Summary Judgment in the above captioned case:

1. That I am the Plaintiff in the above captioned case.

2. That I obtained a credit card from Chase Bank USA, N.A. (the "Chase Credit Card"), which is the subject of Defendants lawsuit in Miami-Dade county court in the action captioned Chase Bank USA, N.A. v. Ernesto Rivera, Case No. 2006-28887-SP-23.

3. That during my deposition in this case on September 23, 2020, I testified truthfully that I did not recall being sued by Chase Bank nor owing money to Chase Bank or ever using a Chase Credit Card.

4. That upon further consideration, I recall that I used the Chase Credit Card approximately in 2005, and while I was unemployed, to pay for utilities for my home.

5. That I have never owned a business nor have I used the Chase Credit Card to fund any business or for any business transaction.

Signed under penalty of perjury on November 23, 2020, pursuant to 28 U.S.C. § 1746(2), I declare the foregoing to be true and correct.

_____
Ernesto Rivera